Date of Arrest: **02/13**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff,<br><br>Vs.<br><br>Rony Alfredo GUTIERREZ-Galindo<br>AKA: None Known<br>071922068<br>YOB: 1969<br>Citizen of: Honduras<br>Defendant | Magistrate Case No. 22-1198MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about February 13, 2022 Defendant Rony Alfredo GUTIERREZ-Galindo, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Honduras through the port of New Orleans, Louisiana, on or about January 31, 2008. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Reviewed by AUSA John Ballos*
*SAD for JAB*

Signature of Complainant
Sergio Mora
Border Patrol Agent

Sworn to before me and subscribed telephonically,

February 15, 2022     at     Yuma, Arizona
Date                               City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Rony Alfredo GUTIERREZ-Galindo
AKA: None Known
071922068

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about February 13, 2022, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Honduras and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near El Centro, California on or about January 23, 1992. The Defendant has been removed on five previous occasions. The Defendant was most recently removed on or about January 31, 2008, through the port of New Orleans, Louisiana, subsequent to a conviction in an United States District Court, District of Southern California on or about December 08, 1995, for the crime of Reentry After Deportation, a felony.

Agents determined that on or about February 13, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPAs Richard Hiller, Kevin Drake, and Jackie Caro.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Jason Noblett.

Signature of Complainant

Sworn to before me and subscribed telephonically,

__February 15, 2022__
Date

Signature of Judicial Officer